**Order entered April 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01174-CR

**JOSE ALFREDO FUNES JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00830-T**

## ORDER

Before the Court is appellant's April 22, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on May 7, 2019.

Records that are sealed are not technologically available via the attorney portal. Nevertheless, appellate counsel may obtain, upon presentation of proper identification in person to the Clerk of the Court, a copy of the sealed record.

/s/      BILL PEDERSEN, III
JUSTICE